*Aaron*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Captain Billups
   Kilby Correctional Facility
   PO Box 115
   Mt. Meigs, AL 36057

2:05cv911 (Cmp, Order + R+R 40 day)

2. Article Number (Transfer from service label)    7005 1160 0001 3017 0514

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Bruce Vermilye*    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Bruce Vermilyer    C. Date of Delivery: 10/6/05
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

*Aaron*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Terrance McDonnell, Warden
   Kilby Correctional Facility
   PO Box 115
   Mt. Meigs, AL 36057

2:05cv911 (Cmp, Order, R+R 40 day)

2. Article Number (Transfer from service label)    7005 1160 0001 3017 0521

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Bruce Vermilye*    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Bruce Vermilyer    C. Date of Delivery: 10/6/05
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

Aaron

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Willie Rowell, Deputy Warden
Kilby Correctional Facility
PO Box 115
Mt. Meigs, AL 36057

2:05cv911 (Cmp. Order, R+R 40days)

2. Article Number
(Transfer from service label)

7005 1160 0001 3017 0507

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bruce Vermilye
☐ Agent
☐ Addressee

B. Received by (Printed Name): Bruce Vermilyer
C. Date of Delivery: 10/6/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes