IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

ROSS AARON, #143489,            )
                                )
    Plaintiff,                  )
                                )
v.                              ) CASE NO. 2:05-cv-911-F
                                )
KIM J. THOMAS, *et al.,*        )
                                )
    Defendants.                 )

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on October 4, 2005(Doc. #4), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that the plaintiff's motion for preliminary injunction is DENIED.

DONE this 2nd day of November, 2005.

                                                      /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE