IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ROSS AARON, #143489, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-911-F |
| | ) |
| KIM J. THOMAS, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #8) to the Recommendation of the Magistrate Judge (Doc. #5) filed on October 18, 2005 is overruled;

2. The Recommendation of the Magistrate Judge entered on October 4, 2005 is adopted;

3. The plaintiff's claims against Kim J. Thomas are DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

4. Kim J. Thomas is DISMISSED as a defendant in this cause of action.

5. This case is referred back to the Magistrate Judge for appropriate proceedings

DONE this 2nd day of November, 2005.

                                                /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE