

EXHIBIT
1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Ross Aaron, 143489
PLAINTIFF

CIVIL ACTION: 2:05-CV-911-F WO

VS

Kim Thomas, et.al.
    DEFENDANT

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Phyllis Billups who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Phyllis Billups, and I am presently employed as a Correctional Officer Supervisor II with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama. I am over nineteen (19) years of age.

On or around the first part of September, 2005, Inmate Ross Aaron, BM, 143489, came to the Captain's Office during open house and stated to me that he had sent a written request to Warden Terrance McDonnell and Warden Willie Rowell requesting to use the computer in the law library. Inmate Aaron stated that he had spoke to Captain Bobby Barrett and made the same request to use the computer in the law library. I informed Inmate Aaron that Captain Barrett was not in but he would be back and he could talk to him at open house around 3:30 PM. I informed Inmate Aaron that Wardens McDonnell and Rowell would probably be answering his request soon. Inmate Aaron departed my office.

Inmate Aaron alleges that he informed me that the law clerk was deliberately denying him access to the court. Inmate Aaron never informed me of this. Inmate Aaron also stated that he was told by CO Willie Lawrence and another unknown officer that I was denying him access to the courts. I have never spoke to CO Lawrence nor any other officer about Inmate Aaron's access to the law library.

1

     This is the full extent of my knowledge regarding Inmate Aaron's comments about not being allowed to use the computer in the inmate law library.

     I have not violated Inmate Aaron's constitutional rights in any manner.

                                        Phyllis Billups, COS II
                                        Kilby Correctional Facility

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the 7th day of October, 2005.

                                        Betty S. Carr, Notary Public
                                        My comm. expires  1-17-06