

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

Ross Aaron, 143489
**PLAINTIFF**

**CIVIL ACTION:  2:05-CV-911-F WO**

VS
Kim Thomas, et.al.
       **DEFENDANT**

### A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Terrance McDonnell who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is  Terrance McDonnell, and I am presently employed as a Warden III with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama.  I am over nineteen (19) years of age.

Inmate Aaron made allegations that I had violated his constitutional rights by "placing an inmate in authority over plaintiff and Correctional Officers to okay access to Law Library for access to the courts."  This is not correct.  The assigned and ADOC trained inmate law clerks have been instructed that anytime another inmate creates a disturbance, defaces any library property or attempts to argue with them that they are to report the problem immediately to the hall officer and the Law Library Supervisor.  The clerks have no authority over another inmate or Correctional Officer nor can they have another inmate removed from the library.  The hall officer will check out the problem, resolve it or remove the inmate from the library for that day depending on the circumstances.  Inmate Aaron was not denied access to the courts because he used the library before and after the incident.  He was removed from the library on 9-19-05 at approximately l:30 PM.  He returned back to the library around 2:30 PM and requested and was given two 42 U.S.C. l983 forms.  He returned again (as of 10-18-05) on 9-27-05, l0-3-05, l0-4-05 and l0-11-05.

Attached is a copy of the Kilby Correctional Facility's Standard Operating Procedure regarding the Inmate Law Library dated 5-17-05.

This is the full extent of my knowledge regarding Inmate Aaron's comments about not

being allowed to use the computer in the inmate law library.

     I have not violated Inmate Aaron's constitutional rights in any manner.

                                               Terrance McDonnell, Warden III
                                               Kilby Correctional Facility

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the 18th day of October, 2005.

                                               Betty S. Carr, Notary Public
                                             My comm. expires  1-17-06

2

# A F F I D A V I T

Ross Aaron, 143489
**PLAINTIFF**

**CIVIL ACTION:  2:05-CV-911-F WO**

**VS**
Kim Thomas, et.al.
                **DEFENDANT**

## STATE OF ALABAMA

## MONTGOMERY COUNTY

I, Terrance McDonnell,  hereby certify and affirm that I am Warden III at Kilby Correctional Facility; that I am one of the custodians of the inmate institutional records at this institution; that the attached documents are true, exact, and correct photo-copies of certain original documents maintained here in the institutional files; and that I am over the age of nineteen (19) years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the Kilby Correctional Facility; and that said documents (and the entries therein) were made at, or reasonably near the time that such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on the 18th day of October, 2005.

**Terrance McDonnell, Warden III**
**Kilby Correctional Facility**

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the
 18th  day of October, 2005.

**Betty S. Carr, Notary Public**
**My comm. expires 1-17-06.**

3

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

May 17, 2005

STANDARD OPERATING PROCEDURE          OPR: ASSISTANT WARDEN
NUMBER  VII-16
INMATE LAW LIBRARY

## I. GENERAL:

This Kilby Correctional Facility Standard Operating Procedure establishes procedures, schedules, and rules for the operation and use of the Inmate Law Library and the Lexis Nexis computers at Kilby Correctional Facility.

## II. POLICY:

It is the policy of Kilby Correctional Facility that:

1. The OPR will review this Sop in November of each year (more often as necessary) to ensure it remains current.

2. The Kilby Law Library is maintained as required to provide adequate law books, legal materials and supplies when/as available. The Law Library materials are offered to all inmates on an equal access basis when/as available and requested, within the rules and requirements of the Facility.

3. Procedures , rules , schedules , and requirements for Kilby's Law Library are based on and must be tailored as necessary to support institutional security and control.

4. Each Inmate is responsible for insuring that the provisions of this SOP are strictly followed and violations of established procedures, rules, and requirements may subject the inmate to possible disciplinary action.

5. Each Employee is responsible for insuring that the provisions of this SOP and applicable related SOPs, regulations, and policies are strictly adhered to, for maintenance of security and control.

## III. DEFINITIONS:

A. Law Library Supervisor:  Administrative Lieutenant assigned by the Warden to supervise the operations of the Law Library in accordance with this SOP.

B. Law Library: The designed area of the facility, consisting of a Law Library office and Study Hall area, for the storage, control, issue and use of law books , Lexis Nexis computers and legal materials.

C. Study Hall: Kilby 's RCC Visitation Room, which is immediately adjacent to the law Library Office and designated for Law Library use after normal visiting hours.

D. Lexis Nexis Computers Systems: Three(3) Dell Computers and all associated equipment, and software placed in the Kilby Law Library Office.

E.  Inmate Law Clerks:  Inmates assigned to work in the Law Library who have completed Kilby Law Clerk Training Program and  the Lexis Nexis tutorial.

IV- RESPONSIBILITIES:

> The Warden and his designees are responsible for the operation of the Inmate Law Library and maintenance of the Equipment.

V- PROCEDURES:

A. SCHEDULES:

1. The Kilby Law Library is open six days a week, hours of operation are as follows:

   a. Segregation , Hospital and Ward restricted inmates :   6:30 a.m. – 2:30 p.m.  Monday thur Friday.

   Request forms should be given to the Officer on duty or the law Clerks when they are working the cell blocks, not later than 2:30 p.m. for the next day service. Limit of two (2) books may be checked out per day. Request forms should be legible and give as much information as possible about the subject matter desired. Exact cites not necessary. All materials taken to Segregation cells will be thoroughly examined by the Officer for contraband before being giving to the inmates. Inmate law Clerks will be escorted by the Segregation Officer at all times when they are working in the cell block area.

   b. Population inmates:

   |                           |                      |
   |---------------------------|----------------------|
   | 8:00 a.m. - 4:00 p.m.     | Monday – Wednesday   |
   | 1:00 p.m. - 4:00 p.m.     | Thursday-Friday      |
   | 3.00 p.m. - 6:00 p.m.     | Saturday             |

B. Rules:

1. Inmates must register (name, ais # and Bed #) as they enter and check out as they leave the Law Library.

2. Inmates may check out two (2) books at a time.

3. Inmates must maintain order and quiet in the Law Library.

4 No smoking, food, or drinks are allowed in the law library.

5. No loitering will be allowed in the Law Library.

6. Inmate must check in law books before leaving the Law Library.

7. Inmate needing copies of legal materials shall submit an inmate request form to the Captain's Office. Copies are fifty-cents (.50) each per page.

8. Inmate are subject to search before leaving the law Library.

C. Computer Programs : No program other than the Lexis Nexis program will be installed or downloaded onto the computers unless specifically approved by the Warden.

D. Access:  Access to the Lexis Nexis Computers System is limited to Trained Kilby Inmate

Law Clerks and such institutional staff as the Warden may designate.

E.  Security Of the Computers:  At the end of each work day each computer keyboard and mouse will be locked in the Law Library cabinet. When the law clerks leave for the day, they will inform the Officer Assigned to the main Hallway that they are finished and that the law library may be locked.

F.  Computers Damage and Maintenance:  Any damage to any part of the Lexis Nexis Computer System, or any necessary repairs to the system should be reported to the Warden's designated Law Library Supervisor or the Captain's Office.

G.  General Inmate Access: When an inmate needs access to a case, statute, or rule that is not available in current law books he must use the following procedures:

1.  Inmate must complete a "Case Request form " (appendix  CRF- 1)

2.  An inmate Law Clerk will initially check the central file to ascertain if the case, statute , or rule has previously been copied or filed.

3.  If the Law Clerk finds no existing copy of the case, statute, or rule. The clerk will access the Lexis Nexis System and print a copy of the request material.

4.  The Law Clerk will list the copied material on a master file list of copied material.

5.  The Law Clerk will check out the copied material to the requesting inmate who will use the material and then be required to check the material in to the Law Clerk for filing.

6.  When the material is returned, the Law Clerk will make a file folder for the material and place it in a central file. The Material  will be stamp "Kilby law library

H.  ESTABLISHMENT OF A CENTRAL FILE SYSTEM:  Kilby's Law Library will establish a central file organizing printed materials from the Nexis Lexis Computer System. The purpose of the central filing system is to prevent the unnecessary duplication of printed Lexis Nexis information while at the same time providing access to the legal information for requesting inmates.

1.  The Central Filing System will consist of six major divisions: Alabama Courts, Federal District and Appeals Courts, U.S. Supreme Courts, Alabama Statutes, Alabama Courts Rules, and federal Rules. These major file divisions will be subdivided for more specific easy access.

2.  When an inmate request information from the Central Filing System, the inmate must sign out the file and sign the file in when the inmate completes his research. (Appendix- B)

I.  COPIES OF NEXIS LEXIS MATERIAL: Inmates requesting individual copies of Nexis Lexis material will complete an Inmate Request Slip addressed to the captain's Office requesting copies of the material and authorizing $0.50 per page to be taken from the inmate's P.M.O.D account to pay for the copies. The signed request slip will be taken to the Law Library where arrangement will be made to secure photocopies of the desired materials.

VI. DISPOSITION :

      Any forms will be disposed of and retained according to the Department Records Disposition Authority (RDA).

VII. FORMS:

    1. Kilby Correctional Facility S.O.P. Form Central Filing System request Form.

    2. Kilby Correctional Facility S.O.P. Form lexis Nexis Case Request Form.

VIII. Supercedes:

      This S.O.P. supercedes S.O.P. VII-16 Dated October 3, 1994.

IX: PERFORMANCE:

    A. ADOC Administrative Regulation 018 and 214

WARDEN              5/17/05
                                              Date

**CENTRAL FILING SYSTEM REQUEST FORM**

| Inmate Name | AIS | Dorm/Bed | Case & Citation Requested | Time Out | Time In | Law Clerk |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## LEXIS NEXIS CASE REQUEST FORM

| Inmate Name | AIS | Dorm/Bed | Case & Citation Requested | Time Out | Time In | Law Clerk |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |