

EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AARON ROSS, #143489,
PLAINTIFF

CIVIL ACTION NO. 2:05-CV-911-F

VS

KIM J. THOMAS, et. al.,
DEFENDANT

A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Willie G. Rowell who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Willie G. Rowell, and I am presently employed as a Warden II with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama. I am over nineteen (19) years of age.

After reading the Plaintiff Ross Aaron's complaint, I have found that the Plaintiff has misrepresented the conversation to the court. Plaintiff stopped me in the Main Hallway and asked if another inmate could throw him out of the Law Library. My response to the Plaintiff was, no but they are to get an officer if someone is causing a disturbance or breaking rules in the Law Library.

Plaintiff Aaron in paragraph IV. States the date the violation occurred was 09/16/05. However, in paragraph V., Plaintiff states that on 09/12/05 that he gave written notice to Warden Terrance McDonnell and Kim Thomas, " as to the deliberate denial of access to the Law Library". In fact the date the alleged incident to which Plaintiff is describing actually was 09/19/05, which furthers shows Plaintiff's attempts misrepresent the facts.

Plaintiff has not been denied access to the Law Library. Plaintiff has used the Library both before and after Plaintiff's unruly behavior on 09/19/05.

I emphatically and categorically deny violating any of the Plaintiff's Constitutional Rights. The Plaintiff is treated the same as all other inmates at Kilby Correctional Facility.

W. G. Rowell, Warden II
Kilby Correctional Facility

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the _19_ day of October 2005.

Notary Public
My comm. expires: _1/17/06_

2