IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSS AARON, #143489, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO: 2:05-CV-911-WO |
| KIM J. THOMAS, et al., | ) |
| Defendants. | ) |

## CHANGE OF ADDRESS

Please be advised that on this date, my address has changed from Kilby Correctional Facility, P.O. Box 150, Mt. Meigs, Alabama 36057, to Limestone C.F., 28779 Nick Davis Road, Harvest, Alabama 35749-7009. Please forward all actions by the Court in the above-entitled cause to the changed address.

Respectfully submitted,

ROSS AARON #143489

DONE THIS 11th DAY OF NOVEMBER, 2005.

CC: Kim J. Thomas
Gregory O Griffin- Counsels for Defendants.