IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROSS AARON, #143489, )
    Plaintiff, )
     )
vs. ) CIVIL ACTION NO. 2:05-CV-911-F-WO
     )
KIM J. THOMAS, et al., )
    Defendants. )

### MOTION FOR ENLARGEMENT OF TIME

**COMES NOW** Plaintiff, Ross Aaron, #143489, by and through pro'se, and in the above-entitled cause, moves this Honorable Court on motion, pursuant to Rule 6 (b)(2), Fed.R.Civ.P., for enlargement of time to comply to the Magistrate Judge's Order of November 10, 2005, and in support states hereto:

On November 10, 2005, the Magistrate Judge upon review of defendants written report, issued an order for Plaintiff to file a response by November 30, 2005. Plaintiff in result of excusable neglect is unable to comply to the Magistrate Judge's order, due to library officer, who is the notary is still on holiday vacation. Without notary, Plaintiff is unable to respond by required affidavit.

**WHEREFORE, PREMISES** Considered, Plaintiff pray that the Magistrate Judge will grant Motion for Enlargement of time of 14 days to comply to the Order of November 10, 2005.

Respectfully submitted,

ROSS AARON #143489

DONE THIS 28th DAY OF NOVEMBER, 2005.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2005, I have served a copy of the foregoing motion for enlargement of time upon Kim J. Thomas, assistant General Counsel, counsel for defendants, by placing same in U.S. Postal box at Limestone Correctional Facility, postage prepaid, first class and properly addressed.

BY: *Ross Aaron 143489*
ROSS AARON #143489

2.