IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSS AARON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-911-WKW |
| | ) |
| KIM J. THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 19) in this case. The plaintiff did not file an objection. After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 19) is ADOPTED;

2. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 27th day of August, 2007.

                                                     /s/   W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE