**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROSS AARON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:05-cv-911-WKW** |
| | ) | |
| **KIM J. THOMAS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED, ADJUDGED and DECREED that:

1.  Judgment is entered in favor of the defendants and against plaintiff;

2.  This action is DISMISSED with prejudice; and

3.  Costs are taxed against the plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of August, 2007.

                            /s/   W.  Keith Watkins
                            UNITED STATES DISTRICT JUDGE